

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

## NO. 02-12-00020-CR

HERMAN LEE HALL                                                APPELLANT

V.

THE STATE OF TEXAS                                                   STATE

----------

## FROM THE 213TH DISTRICT COURT OF TARRANT COUNTY

----------

## MEMORANDUM OPINION[1]

----------

Appellant Herman Lee Hall filed a pro se notice of appeal from his conviction for possession of between four and two hundred grams of a controlled substance. The trial court's certification states that this "is a plea-bargain case, and the defendant has NO right of appeal." *See* Tex. R. App. P. 25.2(a)(2). On January 12, 2012, we notified Hall that this appeal may be dismissed unless he

---

[1]*See* Tex. R. App. P. 47.4.

or any party desiring to continue the appeal filed a response on or before January 23, 2012, showing grounds for continuing the appeal. We have not received a response. Therefore, in accordance with the trial court's certification, we dismiss this appeal. *See* Tex. R. App. P. 25.2(d), 43.2(f).

PER CURIAM

PANEL: MEIER, J.; LIVINGSTON, C.J.; and GABRIEL, J.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED: February 16, 2012